**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 15-cr-00289-RM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. STEPHEN JOSEPH RAY, a/k/a RICHARD BROWN, a/k/a TERRY THOMPSON

    Defendant.

---

## Motion to Unseal Case

---

The United States hereby requests that the Court unseal this case. In support thereof, the government states as follows:

1. Consistent with D.C.COLO.LCrR 47.1(f)(2)(C), the Indictment in this case has been subject to Level 3 restriction since it was filed in July 2015.

2. Defendant was recently arrested in the Eastern District of Washington (ECF No. 4), where he was brought before a magistrate judge and ordered detained. (ECF No. 5 at 18.) The U.S. Marshals are presently transporting him to Colorado. (*Id.*)

3. One of the purposes of Rule 47.1(f)(2)(C), as the undersigned understands it, is to avoid premature notice of the charges regarding a Defendant who may be a risk of flight. Given that Defendant is in the custody of the U.S. Marshals and there are no other Defendants remaining to be arrested, this purpose has been fulfilled. Seeing no other compelling reason to keep this case sealed, and mindful of the

presumption in favor of public access to court records, *see generally United States v. Hickey*, 767 F.2d 705, 708 (10th Cir. 1985) ("[A] common law right exists to inspect and copy judicial records. The right is an important aspect of the overriding concern with preserving the integrity of the law enforcement and judicial processes." (citations omitted)); *Exum v. U.S. Olympic Comm.*, 209 F.R.D. 201, 205 n.3 (D. Colo. 2002) ("The filing of a document with the court gives rise to a presumptive right of public access." (citations omitted)), the government therefore requests that the Court unseal this case.

Respectfully submitted this 19th day of March, 2019.

*Jason R. Dunn*
U.S. Attorney


s/ Daniel E. Burrows
*Daniel E. Burrows*
1801 California St.
Suite 1600
Denver, CO 80202
Telephone: (303) 454-0100
FAX: (303) 454-0400
E-mail: daniel.burrows@usdoj.gov
Special Assistant U.S. Attorney